# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/21

November 15, 2021

**Via ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:    **U.S. v. Marlene Tineo**
       **Docket No.: 19-cr-00607(AJN)**

Your Honor:

This office represents Marlene Tineo, the defendant in the above referenced matter.

**I write to request that Ms. Tineo be permitted to travel outside of SDNY/EDNY so that she can attend a Thanksgiving gathering with her family in Florida.**

**If approved, Ms. Tineo will be traveling by airplane to Miami, Florida on Tuesday, November 23, 2021 and returning by airplane on Saturday, November 27, 2021.**  SO ORDERED.

AUSA Peter John Davis has been advised and has no objections to this request. Probation Officer Herandez have been advised and defers to NY Probation office.

The Court's consideration of this request is respectfully appreciated.  Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)

Cc: AUSA Peter J. Davis
    Probation Officer Hernandez

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
11/19/21

So Ordered:

_____
Honorable Alison J. Nathan, USDJ