UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

MARLENE TINEO,

                Defendant.

**ORDER**

19 Crim. 607 (ER)

RAMOS, D.J.:

    This case was reassigned to Judge Edgardo Ramos on April 1, 2022. Accordingly, the parties are directed to submit a status report by April 11, 2022.

    SO ORDERED.

Dated:   April 4, 2022
            New York, New York

                                            Edgardo Ramos, U.S.D.J.