**J.L. Russo, P.C.**
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

April 7, 2022

**Via ECF**
Honorable Edgardo Ramos
U.S. District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> Ms. Tineo's application for modification of her pre-trial release conditions to permit her to engage in the training described in this letter is GRANTED.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ____4/7/2022_____
> New York, New York

Re: U.S. v. Marlene Tineo
19 Crim. 607 (ER)

Your Honor:

This office represents Marlene Tineo in the above referenced matter which has recently been reassigned to your Honor.  **We write to request the Court's approval for a modification of Ms. Tineo's pre-trial release conditions.**

Ms. Tineo has recently qualified for, and received, her CDL (Commercial Driver's License); and has been offered a position by SWIFT Trucking Company.  The Company requires 4 weeks of training to all new hires which includes driving routes throughout the Northeast (i.e. Mass., Conn., NY, NJ, Penn., etc.)  We ask that the Court  to modify her bail conditions to permit her to engage in the afore-described training?   AUSA Peter Davis has been advised of same and does not oppose the request.  Likewise, Ms. Tineo's pre-trial officer has no opposition to the request.

The Court's consideration is respectfully appreciated.

Yours truly,

*John Russo*

John L. Russo (JR6200)

JLR:mn
Cc: AUSA Peter Davis