<table>
<tr><td>JOHN L. RUSSO<br>ATTORNEY AT LAW<br><br>COUNSEL<br>Milton Florez, Esq.<br>Michael Horn, Esq.</td><td align="center">**J.L. Russo, P.C.**<br>31 · 19 Newtown Avenue, Suite 500<br>Astoria, New York 11102<br>Tel:  718 · 777 · 1277<br>Fax:  718 · 204 · 2310<br>Email:  JLRussoPC@Gmail.com</td><td>PARALEGAL<br>Maria Nunez, B.S.</td></tr>
</table>

## MEMO ENDORSED

January 17, 2023

> Sentencing is adjourned to March 1, 2023 at 11 a.m.
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: 1/19/2023
> New York, New York

**Via ECF**
Honorable Edgardo Ramos
U.S. District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v. Marlene Tineo
19 Crim. 607 (ER)

Dear Judge Ramos:

This office represents Marlene Tineo, a defendant in the above referenced matter, which is on for sentencing on January 20, 2023.  **We write to request a 30-45 day adjournment of sentencing because my client has not finished reviewing and resolving all her questions and concerns with the PSR**.

I have advised the Government and they do not object to this request. The Court's consideration is respectfully appreciated.

Yours truly,

*John Russo*

John L. Russo (JR6200)

JLR:mn
Cc: AUSA Peter Davis